UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KUMSUN EUN,<br><br>            Petitioner,<br><br>    v.<br><br>NATHALIE R. ASHER, et al.,<br><br>            Respondents. | Case No. C14-972-RAJ-BAT<br><br>**REPORT AND RECOMMENDATON** |

Kumsun Eun filed a habeas petition pursuant to 28 U.S.C. § 2241, and a motion for preliminary injunction, seeking release from the Northwest Detention Center. *See* Dkts. 1 and 2. She has since been released. *See* Dkt. 10, Ex. A. Because she has already been given the relief sought, her habeas petition and motion for preliminary injunction are moot. *See Flores-Torres v. Mukasey*, 548 F.3d 708, 710 (9th Cir. 2008). Accordingly, the Court recommends **GRANTING** respondents' motion to dismiss, Dkt. 10; **DENYING** petitioner's habeas petition, Dkt. 1, and motion for preliminary injunction, Dkt. 2; and **DISMISSING** this action without prejudice. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation may be filed and served upon all parties no later than **September 22, 2014.** The Clerk should note the matter for **September 26, 2014**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any

REPORT AND RECOMMENDATON- 1

response is due within 14 days after being served with the objections. A party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. Objections and responses shall not exceed five (5) pages. The failure to timely object may affect the right to appeal.

DATED this 8th day of September, 2014.

/s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATON- 2