UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KUMSUN EUN,

             Petitioner,

  v.

NATHALIE R. ASHER, et al.,

             Respondents.

Case No. C14-972-RAJ

**ORDER OF DISMISSAL**

       Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, the Court Orders as follows:

       1.     The Court adopts the Report and Recommendation.

       2.     Respondents' motion to dismiss, Dkt. 10, is GRANTED.

       3.     Petitioner's habeas petition, Dkt. 1, and motion for preliminary injunction, Dkt. 2, are DENIED as moot, and the action DISMISSED without prejudice.

       4.     The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

       DATED this 21st day of January, 2015.

                                                            The Honorable Richard A. Jones
                                                         United States District Judge